**Order entered July 2, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01391-CV

### COTINA MCGEE, Appellant

### V.

### NANCY M. HASSELL, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05457-B**

## ORDER

The reporter's record in this case is overdue. By postcard dated December 4, 2012, we notified Lanetta Williams, the Official Court Reporter for County Court at Law No. 2 that the record was due and directed her to file the reporter's record within ten days. To date, the reporter's record has not been filed.

Accordingly, we ORDER Lanetta Williams, Official Court Reporter for County Court at Law No. 2, to file, within **FIFTEEN DAYS** of the date of this order, either: (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has not been found indigent and has not paid for the record. *We notify appellant that if we receive verification she is not indigent and has not paid for the record, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c)

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to:


Lanetta Williams
Official Court Reporter, County Court at Law No. 2

.

                                                  /s/     DAVID LEWIS
                                                           JUSTICE